No. 66775.—I. B. Cohen & Sons Corp. *v.* United States, protests 317272–K, 59/2205, and 61/3478 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of miniature knives similar in all material respects to those the subject of *M. Pressner & Co.* v. *United States* (44 Cust. Ct. 10, C.D. 2145), the claim of the plaintiff was sustained.

No. 66776.—John L. Westland & Son, Inc., a/c Toyomenka, Inc. *v.* United States, protest 58/271 (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723) and that 5,785 pounds of cotton contained in the merchandise has a staple of 1⅛ inches or more in length, the claim of the plaintiff was sustained.

No. 66777.—Heeksuede, Inc. *v.* United States, protests 60/9604, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.